Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN 'CLEAN DIESEL' MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 02672-CRB (JSC) |
| This Document Relates to: | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
| *Benipayo, et al. v. VW* (15-cv-04314); *Hill, et al. v. VW* (15-cv-06104); *Barkaloff v. VW* (15-cv-06109; and *Burden, et al. v. VW* (16-cv-00062) | The Honorable Charles R. Breyer |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs, by and through their undersigned counsel, hereby give notice that the actions captioned above *Nicholas Benipayo, et al. v. Volkswagen Group of America, Inc.*, Case No. 3:15-cv-04314; *Jess Hill, et al. v. Volkswagen Group of America, Inc. and Volkswagen AG*, Case No. 3:15-cv-06104; *Alex Barkaloff v. Volkswagen Group of America, Inc.,* Case No. 3:15-cv-06109; and *Dennis Burden, et al. v. Volkswagen Group of America, Inc., Volkswagen AG, Audi AG, Porsche Cars North America, Inc. and Porsche AG*, Case No. 3:16-cv-00062, are voluntarily dismissed with prejudice.

DATED:  May 26, 2020                    Respectfully submitted,


By:____/s/ Steve W. Berman_____
      Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

*Attorneys for Plaintiffs*

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE                - 1 -
Case No. 02672-CRB (JSC)

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2020, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing.  The Clerk of the Court will transmit a Notice of Electronic Filing to all ECF registrants.

_/s/ Steve W. Berman_
Steve W. Berman

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE                - 2 -
Case No. 02672-CRB (JSC)